UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRIAN CASEY DAVIS,

    Plaintiff,

v.                                                             Case No. 3:19cv469-LC-HTC

OKALOOSA COUNTY JAIL, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 23, 2019 (doc. 16). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's negligence claims against Defendants Corizon, Delgado, Priddy and Roy are **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) due to Plaintiff's failure to state a claim on which relief may be granted.

3. Plaintiff's Fourteenth Amendment claim against Defendant Corizon is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) due to Plaintiff's failure to state a claim on which relief may be granted.

4. This case is referred to the assigned Magistrate Judge for further proceedings on Plaintiff's Fourteenth Amendment individual capacity claims against Defendants Delgado, Priddy and Roy.

**DONE AND ORDERED** this 3rd day of October, 2019.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**