UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRIAN CASEY DAVIS,

    Plaintiff,

v.                                    Case No. 3:19cv469-LC-HTC

OKALOOSA COUNTY JAIL, et al.,

    Defendants.
_____/

REPORT AND RECOMMENDATION

Plaintiff, a prisoner proceeding *pro se* and *in forma pauperis*, initiated this action by filing a complaint seeking relief under 42 U.S.C. Sec. 1983. ECF Doc. 1. On August 23, 2019, the Court ordered Plaintiff to, within twenty-one (21) days, submit to the Court three (3) service copies of his second amended complaint (ECF Doc. 15) and sign and return to the clerk the Notice of a Lawsuit and Request to Waive Service of a Summons form for each Defendant.[1] ECF Doc. 16. On September 18, 2019, after it did not receive the service copies and forms from Plaintiff, the Court ordered Plaintiff, within fourteen (14) days, to show cause why his case should not be dismissed for failure to prosecute or comply with an order of

---

[1] The August 23, 2019 order was also a Report and Recommendation, recommending that Plaintiff's negligence claims against certain defendants and his Fourteenth Amendment claim against Corizon be dismissed for failure to state a claim. ECF Doc. 16. The District Judge adopted the recommendation on October 3, 2019. ECF Doc. 20.

the Court.  ECF Doc. 18.  Plaintiff was advised that the Court would discharge the show cause order if Plaintiff complied with the Court's August 23 order within the fourteen (14) days provided.  *Id.*  More than fourteen (14) days have passed and Plaintiff has neither complied with the Court's August 23 order nor responded to the September 18 Order to Show Cause.

Accordingly, it is RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute or comply with an order of the Court.

2. That the clerk close the file.

DONE AND ORDERED this 15th day of October, 2019.

*s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. See 11th Cir. R. 3-1; 28 U.S.C. § 636.

Case No. 3:19cv469-LC-HTC